**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD, | CASE NO. 5:13-cv-04535 EJD |
| Plaintiff(s), | **ORDER FINDING CASES NOT RELATED** |
| v. | |
| GREENPOINT MORTGAGE FUNDING, INC., et. al., | [Docket Item No(s). 154] |
| Defendant(s). | |

With regard to Defendant California Reconveyance Company's administrative motion to consider whether this above-entitled action is related to <u>Sepehry-Fard v. Nationstar Mortgage LLC</u>, Case No. 5:14-cv-03218 LHK (Docket Item No. 154), the court has reviewed the motion and has determined the cases are not related and that reassignment shall not occur.

**IT IS SO ORDERED.**

Dated:  August 19, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-04535 EJD
ORDER FINDING CASES NOT RELATED

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAREED SEPEHRY-FARD et al, | Case Number: CV13-04535 EJD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| GREENPOINT MORTGAGE FUNDING, INC., ET AL, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 19, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fareed Sepehry-Fard
12309 Saratoga Creek Drive
Saratoga, CA 95070

Dated: August 19, 2014

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk