UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD, ) | Case No.: 5:14-CV-03218-LHK |
| ) | |
| Plaintiff, ) | ORDER CLARIFYING HEARING |
| v. ) | DATES |
| ) | |
| NATIONSTAR MORTGAGE, L.L.C., et al., ) | |
| ) | |
| Defendants. ) | |

On November 25, 2014, the attached email was sent to Courtroom Deputy Stacy Sakamoto.

To clarify, Plaintiff's Motion for Sanction Against Defendants (ECF No. 45), filed September 9, 2014, shall still be heard on Thursday, December 4, 2014 at 1:30pm in Courtroom 8, 4th Floor, San Jose.

Plaintiff's Objection and Notice of Alleged Attorney Finan's Fraud on the Court and Motion for Sanctions (ECF No. 85), filed November 20, 2014, shall be heard on March 26, 2015 at 1:30pm in Courtroom 8, 4th Floor, San Jose.

**IT IS SO ORDERED.**

Dated: November 25, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 5:14-CV-03218-LHK
ORDER CLARIFYING HEARING DATES