UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD, ) | Case No.: 14-CV-03218-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER VACATING HEARINGS AND |
| ) | CONTINUING CASE MANAGEMENT |
| NATIONSTAR MORTGAGE LLC; JAY ) | CONFERENCE |
| BRAY, and individual; HAROLD LEWIS, an ) | |
| individual; STACEY ROBERSON, an ) | |
| individual; JOHN D. DUNCAN, an individual; ) | |
| CLEAR RECON CORP.; RECONTRUST CO., ) | |
| N.A; U.S. BANK NATIONAL ASSOCIATION; ) | |
| GREENPOINT MORTGAGE FUNDING; ) | |
| CALIFORNIA RECONVEYANCE CO.; ) | |
| MARIN RECONVEYANCING CORP.; and ) | |
| MORTGAGE ELECTRONIC REGISTRATION ) | |
| SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

Plaintiff Fareed Sepehry-Fard ("Plaintiff") brings this action against defendants Nationstar Mortgage LLC ("Nationstar"); Clear Recon Corp. ("Clear Recon"); ReconTrust Co. ("ReconTrust"); U.S. Bank National Association ("U.S. Bank"); GreenPoint Mortgage Funding ("GreenPoint"); California Reconveyance Co. ("California Reconveyance"); Marin Reconveyancing Corp. ("Marin Reconveyancing"); Mortgage Electronic Registration Corp. ("MERS"); Harold Lewis; Stacey Roberson; Jay Bray; and John D. Duncan (collectively, "Defendants"). Before the Court is Defendants' motions to dismiss Plaintiff's Complaint. *See* ECF Nos. 7, 8, 9, 10 & 58. Also before the Court is Plaintiff's motion for sanctions. ECF No. 45.

1   Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without
2   oral argument and hereby vacates the hearing on these motions set for December 18, 2014, at 1:30
3   p.m. The Court also continues the initial case management conference, currently set for December
4   18, 2014 at 1:30 p.m., to March 11, 2015 at 2 p.m.

**IT IS SO ORDERED.**

Dated: December 16, 2014



LUCY H. KOH
United States District Judge

Case No.: 14-CV-03218-LHK
ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE